```
NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
ANTHONY N.R. ZAMORA (State Bar No. 146619)
ZAMORA & HOFFMEIER, A Professional Corporation
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California   90071
(213) 488-9411   FAX:   (213) 488-9418
e-mail: zamora3@aol.com

Proposed Attorneys for
Wesley H. Avery, Chapter 7 Trustee
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LINDA ROTH aka<br>LINDA ROTH BURRELL,<br><br>    Debtor. | Case No. 2:19-bk-17312-SK<br><br>Chapter 7<br><br>NOTICE OF APPLICATION BY WESLEY H. AVERY, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY KELLER WILLIAMS REALTY AS REAL ESTATE BROKER<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rules 2014-1(b)(1) and 9013-1(o)(1)] |

PLEASE TAKE NOTICE that Wesley H. Avery, Chapter 7 Trustee ("Trustee") of the estate (the "Estate") in the above-referenced case (the "Case") of debtor Linda Roth aka Linda Roth Burrell ("Debtor"), is filing with the Court and submitting to the Office of the United States Trustee an application (the "Application") to employ Keller Williams Realty as his real estate broker ("Broker"). Trustee requires Broker to list, market and sell the real property improved with a single-family residence located at 3853 Mount Vernon Drive, Los Angeles, California 90008, identified as Los Angeles County Assessor's Parcel Number 5012-001-019 (the "Real Property") on behalf of Trustee and the Estate.

Roth\notice of broker application.001

After approval by the Court on proper application, Broker is to be paid a commission on the gross sales price of the Real Property calculated on the basis of six percent (6%) of the gross sales price from the proceeds of sale of the Real Property. Trustee proposes that Broker be paid its commission upon the close of escrow from the sale of the Real Property pursuant to 11 U.S.C. §328. The proposed commission stated herein is the maximum sum to be paid for a sale of the Real Property. However, Broker will accept such compensation as the Court deems reasonable. A true and correct copy of the Listing Agreement between Trustee and Broker, setting forth all of the terms and conditions of Broker's employment is attached to the Application as <u>Exhibit B</u>.

PLEASE TAKE FURTHER NOTICE that you can obtain a copy of the Application by contacting Nancy Zamora, Esq. of Zamora & Hoffmeier, A Professional Corporation at the following address:

> Zamora & Hoffmeier, A Professional Corporation
> U.S. Bank Tower
> 633 West 5th Street, Suite 2600
> Los Angeles California  90071
> Telephone: (213) 488-9411
> Facsimile: (213) 488-9418
> e-mail: zamora3@aol.com

PLEASE TAKE FURTHER NOTICE that any response to the Application and a request for hearing thereon must conform to the requirements of Local Rules of Bankruptcy Procedure 9013-1(o)(1), 9013-1(f)(1) and 2014-1(b)(2)(E), and must be filed with the Court and served on Wesley H. Avery, Esq., Chapter 7 Trustee, 758 East Colorado Boulevard, Suite 210, Pasadena, California 91101; Nancy Hoffmeier Zamora, Esq., Zamora & Hoffmeier, A Professional Corporation, U.S. Bank Tower, 633 West 5th Street, Suite 2600,

Los Angeles, California 90071; and the Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017 no later than fourteen (14) days from the date of service of this notice.

Dated: September 6, 2019        ZAMORA & HOFFMEIER
                                A Professional Corporation


                                By:/s/ Nancy Hoffmeier Zamora
                                   Nancy Hoffmeier Zamora
                                Proposed Attorneys for Wesley H.
                                Avery, Chapter 7 Trustee

3.

Roth\notice of broker application.001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):
**NOTICE OF APPLICATION BY WESLEY H. AVERY, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY KELLER WILLIAMS REALTY AS REAL ESTATE BROKER**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 6, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

U.S. Trustee: United States Trustee, ustpregion16.la.ecf@usdoj.gov
Trustee: Wesley H. Avery, wes@averytrustee.com, C117@ecfcbis.com; lucy@averytrustee.com, Isabel@averytrustee.com
Debtor's Counsel: Richard T. Baum, rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Creditor's Counsel: Erica T Loftis Pacheco erica.loftispacheco@bonialpc.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 6, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Linda Roth, 3853 Mount Vernon Dr., Los Angeles, CA  90008
Proposed Broker: Brian Parsons, Keller Williams Realty, 251 South Lake, #150, Pasadena, CA  91101
U.S. Trustee: Jill Sturdevant, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA  90017

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 6, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 6, 2019 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Additional Service List for Notice

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
P.O. BOX 2952
SACRAMENTO CA 95812-2952

Midland Funding LLC
P.O. Box 2011
Warren MI 48090

SPS
8742 Lucent Blvd. #300
Highlands Ranch, CO 80129