```
 1  NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
    ANTHONY N.R. ZAMORA (State Bar No. 146619)
 2  ZAMORA & HOFFMEIER, A Professional Corporation
    U.S. Bank Tower
 3  633 West 5th Street, Suite 2600
    Los Angeles, California   90071
 4  (213) 488-9411   FAX:  (213) 488-9418
    e-mail: zamora3@aol.com
 5
    Attorneys for Wesley H. Avery,
 6  Chapter 7 Trustee
```

7                 UNITED STATES BANKRUPTCY COURT

8                 CENTRAL DISTRICT OF CALIFORNIA

9                      LOS ANGELES DIVISION

| 10 | In re | ) Case No. 2:19-bk-17312-SK |
|---|---|---|
| 11 | LINDA ROTH aka | ) Chapter 7 |
|    | LINDA ROTH BURRELL, | ) |
| 12 |         Debtor. | ) TRUSTEE'S REPLY TO DEBTOR'S |
|    |  | ) OBJECTION TO APPLICATION TO |
| 13 |  | ) EMPLOY REAL ESTATE AGENT |
|    |  | ) AND SUPPLEMENT TO |
| 14 |  | ) APPLICATION TO EMPLOY |
|    |  | ) KELLER WILLIAMS REALTY AS |
| 15 |  | ) REAL ESTATE BROKER |
|    |  | ) |
| 16 |  | ) DATE:  October 23, 2019 |
|    |  | ) TIME:  9:00 a.m. |
| 17 |  | ) CTRM:  1575 |
|    |  | )        255 E. Temple St. |
| 18 |  | )        Los Angeles, CA |

19     TO THE HONORABLE SANDRA KLEIN, UNITED STATES BANKRUPTCY JUDGE,

20 UNITED STATES TRUSTEE, DEBTOR, DEBTOR'S COUNSEL, AND OTHER

21 INTERESTED PARTIES:

22     Wesley H. Avery, Chapter 7 Trustee ("Trustee") for the

23 bankruptcy estate (the "Estate") of debtor Linda Roth aka Linda

24 Roth Burrell ("Debtor") in the above-captioned case (the "Case")

25 hereby files Trustee's Reply to Debtor's Objection to Application

26 to Employ Real Estate Agent (the "Objection") [dkt. 33] and

27 Supplement to Application to Employ Keller Williams Realty (the

28 "Application") [dkt. 31] (the "Reply and Supplement").

Roth\reply to obj. to broker application.001

**I. INTRODUCTION**

The relief sought in the Application meets the standards set forth in 11 U.S.C. §327 for employment of a real estate professional to assist Trustee in the Case. Further, pursuant to 11 U.S.C. §704, Trustee has a duty to collect and reduce to money the property of the Estate.

The Objection fails to state any justifiable basis for denying the Application. Debtor simply filed the Objection to delay Trustee's administration of the real property commonly known as 3853 Mount Vernon Drive, Los Angeles, California 90008 (the "Real Property") that is an asset of the Estate.

The sole reason for the Objection is that Debtor filed, after filing the Objection, the Notice of Motion and Motion to Dismiss Chapter 7 Bankruptcy (the "Motion to Dismiss") [dkt. 35]. The hearing on the Motion to Dismiss is noticed for October 23, 2019, concurrently with the hearing on the Application.

**II. SUPPLEMENTAL INFORMATION FOR APPLICATION**

The Office of the United States Trustee (the "OUST") inquired of Trustee regarding certain details related to the Application and administration of the Real Property, including the listing price of the Real Property that was contained in the listing agreement attached as an exhibit to the Application but not in the main text of the Application, information about the "creditor body" in the Case, whether a claims bar date has been set, and whether Trustee estimates that there will be a "meaningful" distribution to creditors of the Estate from the sale of the Real Property.

The listing price is $1,000,000.00, as stated in the listing agreement, as communicated to the OUST, and as discussed in

Roth\reply to obj. to broker application.001

Trustee's Opposition (the "Opposition") [dkt. 44] to Debtor's Motion to Dismiss Chapter 7 Bankruptcy [dkt. 43].

Trustee also communicated to the OUST and discussed in the Opposition, that there is approximately $200,000.00 of equity in the Real Property, that there are both secured and unsecured creditors in the Case that Trustee expects to be paid in full from sale of the Real Property, that Trustee filed a notice of asset case, and that two creditors have filed claims in the Case that total $31,999.50.

### III.  CONCLUSION

Trustee respectfully requests that the Court overrule the Objection, grant the Application, and grant such other relief as is appropriate and necessary (including, but not limited to, direction to Debtor and her family members that reside with her in the Real Property regarding their cooperation with schedules for open houses and appointments for Keller Williams Realty ("Broker") to show the Real Property and for subsequent appointments for inspections and appraisals requested by potential buyers and overbidders) for Trustee to market and sell the Real Property with the assistance of Broker.

DATED: October 15, 2019         ZAMORA & HOFFMEIER
                                A Professional Corporation


                                By: /s/ Nancy Hoffmeier Zamora
                                    Nancy Hoffmeier Zamora
                                    Attorneys for Wesley H. Avery,
                                    Chapter 7 Trustee

3.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):
**TRUSTEE'S REPLY TO DEBTOR'S OBJECTION TO APPLICATION TO EMPLOY REAL ESTATE AGENT AND SUPPLEMENT TO APPLICATION TO EMPLOY KELLER WILLIAMS REALTY AS REAL ESTATE BROKER**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 15, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

U.S. Trustee: United States Trustee, ustpregion16.la.ecf@usdoj.gov
Trustee: Wesley H. Avery, wes@averytrustee.com, C117@ecfcbis.com; lucy@averytrustee.com, Isabel@averytrustee.com
Debtor's Counsel: Richard T. Baum, rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Creditor's Counsel: Erica T Loftis Pacheco erica.loftispacheco@bonialpc.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 15, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Linda Roth, 3853 Mount Vernon Dr., Los Angeles, CA  90008
Proposed Broker: Brian Parsons, Keller Williams Realty, 251 South Lake, #150, Pasadena, CA  91101
U.S. Trustee: Jill Sturdevant, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017
Judge: The Honorable Sandra R. Klein, U.S. Bankruptcy Court, Los Angeles Division, 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 15, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 15, 2019 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**